**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1513**

_____

GARLAND STILTNER,

                                        Petitioner,

        versus

ISLAND CREEK COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

                                        Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(02-257-BLA-A)

_____

Submitted:  October 3, 2003        Decided:  October 22, 2003

_____

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Garland Stiltner, Petitioner Pro Se.  Mary Rich Maloy, JACKSON &
KELLY, Charleston, West Virginia; Patricia May Nece, Rita A.
Roppolo, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Garland Stiltner seeks review of the Benefits Review Board's decision and orders affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000), and denying Stiltner's motion for reconsideration.  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm on the reasoning of the Board.  See Stiltner v. Island Creek Coal Co., No. 02-257-BLA-A (B.R.B. Nov. 26, 2002 and Mar. 19, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2